IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD L JOHNSON,

    Petitioner,

v.                                                         CASE NO. 4:10-cv-00498-MP -GRJ

BRAIN DEMARAIS, T R KNIGHT,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, which Petitioner titled a "Writ to Compel." In short, Petitioner seeks to have this Court compel the Magistrate Judge to work on his case. The Magistrate Judge works on cases in chronological order based on when they were filed. Petitioner's case will be dealt with in accordance with that policy. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The writ to compel, Doc. 9, is denied.

**DONE AND ORDERED** this *18th* day of February, 2011

                              *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge