**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

RICHARD L. JOHNSON,

    Petitioner,

v.                                                            CASE NO. 4:10cv498-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 21, 2012. (Doc. 33). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.   The Motion to Dismiss (doc. 31) is granted, and this case is dismissed with prejudice.

    **DONE and ORDERED** this 8th day of June, 2012.

                                                               *s/ M. Casey Rodgers*
                                                               **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**